No. 03–625.  TERRIBLE HERBST, INC. *v.* UNION OIL COMPANY OF CALIFORNIA, DBA UNOCAL.  C. A. 9th Cir.  Certiorari denied.

No. 03–630.  MANNING *v.* CHEVRON CHEMICAL CO., LLC.  C. A. 5th Cir.  Certiorari denied.

No. 03–635.  MANDERS *v.* LEE, INDIVIDUALLY AND AS AN EMPLOYEE OF THE CITY OF HOMERVILLE, GEORGIA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–640.  VICKROY ET AL. *v.* WISCONSIN DEPARTMENT OF TRANSPORTATION ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 03–643.  LANGMAN *v.* LAUB ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 03–644.  L. PERRIGO CO. ET AL. *v.* MCNEIL-PPC, INC.  C. A. Fed. Cir.  Certiorari denied.

No. 03–646.  MAJORS *v.* STATE BAR OF GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 03–647.  SCHUSTER *v.* SILVERMAN.  C. A. 8th Cir.  Certiorari denied.

No. 03–652.  MCNEIL ET AL. *v.* LEGISLATIVE APPORTIONMENT COMMISSION OF THE STATE OF NEW JERSEY ET AL.  Sup. Ct. N. J.  Certiorari denied.

No. 03–653.  EXTRUSIONS DIVISION, INC. *v.* SILVER CREEK DRAIN DISTRICT.  Sup. Ct. Mich.  Certiorari denied.

No. 03–654.  DUKES *v.* MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 03–658.  DEEP *v.* RECORDING INDUSTRY ASSN. OF AMERICA, INC., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 03–661.  HOFFMANN-PUGH *v.* KEENAN.  C. A. 10th Cir.  Certiorari denied.